

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-13-00011-CR |
| | § | |
| | | Appeal from |
| EX PARTE:  BENJAMIN JIMENEZ | § | |
| | | 384th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC # 20030D02100-384-1) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the

judgment.  We therefore affirm the judgment of the court below.  This decision shall be certified

below for observance.

IT IS SO ORDERED THIS 8TH DAY OF OCTOBER, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)